# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2009

Marilyn Kelly,
Chief Justice

138258
138261

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 138258
COA: 278531
Jackson CC: 06-003884-FH

STEVEN EDWARD FLICK,
        Defendant-Appellant.
_____

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  138261
COA: 277925
Jackson CC: 06-004536-FH

DOUGLAS BRENT LAZARUS,
        Defendant-Appellant.
_____/

On order of the Court, the applications for leave to appeal the December 23, 2008 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall address:  (1) whether intentionally accessing and viewing child sexually abusive material on the Internet constitutes "knowing possession" of such material under MCL 750.145c(4); and (2) whether the presence of automatically created "temporary internet files" on a computer hard drive may amount to "knowing possession" of child sexually abusive material or may be circumstantial evidence that defendant "knowingly possessed" such material in the past.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2009

*Corbin R. Davis*

Clerk